| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
| | Chief, Civil Division |
| 3 | JAMES A. SCHARF (CSBN 152171) |
| | Assistant United States Attorney |
| 4 | |

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
james.scharf@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERESA FREED, | ) | Case No. C 06 2300 MJJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXTENDING DEADLINES AND |
| v. | ) | ADR SELECTION |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties to the above-entitled action, through their attorneys of record, hereby STIPULATE AND REQUEST as follows.

The parties to this action participated in a Case Management Conference on March 20, 2007, during which counsel and the Court discussed and agreed to extend certain deadlines by six weeks, in order to afford AUSA James A. Scharf, who recently associated into this case as an additional attorney for defendant, the opportunity to conduct needed discovery. Accordingly, the parties jointly request the following changes to the case schedule.

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Cut-Off: | 5/25/07 | 7/6/07 |
| Parties to Name Experts by: | 6/1/07 | 7/13/07 |
| Expert Reports to be Tendered by: | 6/8/07 | 7/20/07 |
| Design. of Suppl. and Reb. Experts: | 6/22/07 | 8/3/07 |

STIPULATION AND PROPOSED ORDER
Case No. C 06 2300 MJJ             -1-

| | | |
|---|---|---|
| Suppl. and Reb. Expert Reports Due: | 6/22/07 | 8/3/07 |
| Expert Discovery Cut-Off | 7/6/07 | 8/17/07 |

In addition, the parties jointly request that they be permitted to participate in a private mediation with either Kevin Kelly or Charlie Hawkins to occur on or about August 1, 2007, in lieu of the August 1, 2007, Settlement Conference before Magistrate Judge Elizabeth D. Laporte.

All other deadlines will remain in effect, including but not limited to the 9/11/07 Pre-Trial Conference, and the 9/24/07 Trial.

Respectfully submitted,

DATED: March 28, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/

JAMES A. SCHARF
Assistant United States Attorney
Attorney for Defendant


SCOTT N. SCHOOLS
United States Attorney

/s/

DATED: March 28, 2007

ABRAHAM A. SIMMONS
Co-counsel for Defendant


DATED: April 4, 2007

THE ARNS LAW FIRM

/s/

ROBERT S. ARNS
Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER
Case No. C 06 2300 MJJ            -2-

| | |
|---|---|
| 1  DATED: March 28, 2007 | LAW OFFICES OF LINDA M. SCAPAROTTI |
| 2 | |
| 3 | /s/ _____ |
| 4 | Linda M. Scaparotti<br>Co-counsel for Plaintiff |

## [~~PROPOSED~~] ORDER

Upon stipulation of the parties and good cause appearing to extend certain deadlines as set forth above and to allow the parties to engage in a private mediation in lieu of the August 1, 2007, settlement conference, IT IS SO ORDERED.

Dated: 4/9/2007 _____
MARTIN J. JENKINS
United States District Judge