1  Robert S. Arns, State Bar No. 65071
2  Morgan C. Smith, State Bar No. 168146
   **THE ARNS LAW FIRM**
3  A Professional Corporation
   515 Folsom Street, 3rd Floor
4  San Francisco, California 94105
5  Phone: (415) 495-7800
   Fax: (415) 495-7888
6

7  Linda M. Scaparotti (State Bar No. 96992)
   **LAW OFFICES OF LINDA M. SCAPAROTTI**
8  180 Montgomery Street, Suite 2000
9  San Francisco, CA 94104
   Tel:  (415) 434-9600
10 Fax:  (415) 434-9303

11
   Attorneys for Plaintiff,
12

13              UNITED STATES DISTRICT COURT
14
              NORTHERN DISTRICT OF CALIFORNIA
15

16                                          )
   TERESA FREED                             )  Case No.:  C 06 2300 MJJ
17                                          )
                   Plaintiffs,              )  STIPULATION AND ORDER
18                                          )  REQUESTING ADDITIONAL
                                            )  EXPERT FOR EACH PARTY
19 vs.                                      )
20                                          )
   UNITED STATES POSTAL SERVICE             )
21 and DOES 1 to 100, inclusive             )
                                            )
22                                          )
                   Defendants.              )
23 _____      )

24

25

26

27

28

                              -1-

   STIPULATION AND ORDER

It is hereby stipulated by and between plaintiff Teresa Freed and defendant United States of America, through their respective counsel of record, as follows:

1. Each party may call up to five experts. (Plaintiff presently intends to call a medical doctor, a biomechanical expert, a life care planner, a vocational rehabilitation expert and an economist. Defendant presently intends to call an orthopedic surgeon, a radiologist, a biomechanical expert, a vocational rehabilitation expert, and an economist.)

2. Each party will produce each expert they intend to call at trial for a deposition at a mutually convenient time.

Both parties believe that it is reasonable and necessary for the prosecution or defense of this case that both sides be allowed five experts within the fields identified. The parties believe there is good cause for this request, and ask this court to order as such.

UNITED STATES ATTORNEY'S OFFICE

By: [Signed by Authorization 6/28/07]
_____
James A. Scharf
Attorney for Defendant

THE ARNS LAW FIRM

Dated: 6/28/07          By: _____
                             ROBERT S. ARNS
                             Attorneys for Plaintiff

-2-

STIPULATION AND ORDER

LAW OFFICES OF LINDA M. SCAPAROTTI


By: _[Signed by Authorization 6/28/07]
_____
Linda M. Scaparotti
Attorney for Plaintiff


## ORDER

Based on the stipulation of the parties, and good cause appearing, the Court orders that the parties may have a total of five experts at trial as identified in this stipulation, and that the parties produce said experts for depositions at a mutually convenient date and time.


Dated: _____6/29/2007_____

_M. J. Jenkins_
Hon. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-

COMPLAINT FOR DAMAGES