| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | JAMES A. SCHARF (CSBN 152171)<br>Assistant United States Attorney |
| 4 | CLAIRE T. CORMIER (CSBN 154364)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5044<br>FAX: (408) 535-5081 |
| 8 | James.Scharf@usdoj.gov |
| 9 | Attorneys for Defendant<br>United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 14 | TERESA FREED, | ) | Case No. C 06 - 2300 MJJ |
| 15 | Plaintiff, | ) ) | STIPULATION AND [PROPOSED]<br>ORDER RE EXPERT DEPOSITIONS |
| 16 | v. | ) ) | Pre-Trial:    September 11, 2007 |
| 17 | UNITED STATES OF AMERICA, | ) ) | Time:         3:30 p.m.<br>Ctrm:         11, 19th Floor |
| 18 | Defendant. | ) ) | Judge:        Honorable Martin J. Jenkins<br>Trial Date:  September 24, 2007 |
| 19 | | ) | |

The parties to this action, through their attorneys of record, hereby stipulate and request as follows.

This case is set for a bench trial commencing September 24, 2007. The pretrial conference is scheduled for September 11, 2007. Pursuant to previous Court order, the deadline for completing expert depositions is August 17, 2007. The Court further ordered that the depositions be scheduled on mutually convenient dates. Because of the conflicts of the various expert witnesses and because of the upcoming deadline for filing of pretrial papers, counsel have been unable to schedule the expert depositions to take place by the current deadline. However, eight of the depositions have been scheduled to take place prior to the pretrial conference. Two

STIPULATION AND [PROPOSED] ORDER RE EXPERT DEPOSITIONS
Case No. C 06-02300 MJJ                        -1-

1  depositions (Drs. Rosenberg and Weil) remain to be scheduled, but counsel for both parties are
2  actively working to find dates when the experts and counsel are available.
3      Therefore, IT IS HEREBY STIPULATED that the depositions of eight of the expert
4  witnesses in this case shall be completed by the date of the pretrial conference. Counsel shall
5  make their best efforts to schedule the remaining two depositions by that deadline. If the
6  remaining two depositions cannot be scheduled prior to the pretrial conference, and if either party
7  wishes to make a motion relating to such deposition, it shall be filed within two court days after
8  the deposition, and any opposition to such motion shall be filed within two court days thereafter.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: August 17, 2007

/s/
_____
CLAIRE T. CORMIER
Assistant United States Attorney

THE ARNS LAW FIRM

Dated: August 17, 2007

/s/
_____
ROBERT S. ARNS
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, it is so ordered.

Dated: August 21, 2007

_____
MARTIN J. JENKINS
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RE EXPERT DEPOSITIONS
Case No. C 06-02300 MJJ                    -2-